IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DERRICK HILL,**

        Plaintiff,

   **v.**

**R.J. RACKLEY, et al.,**

        Defendants.

Case No. 2:13-cv-0828 KJM CMK (PC)

**ORDER**

  The Court, having considered Defendants' request for dismissal under Rule 25(a)(1) following Plaintiff's death, and ninety days having passed since Defendants noticed Plaintiff's known successor and representative, sister Kimberly Hill, and no party moving for substitution:

  **IT IS ORDERED:**  To the extent defendants' motion is not moot, it is GRANTED. Plaintiff's motion is dismissed under Federal Rule of Civil Procedure 25(a)(1) upon reconsideration.

Dated:  June 23, 2016

_____

UNITED STATES DISTRICT JUDGE

1